**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| Itala Smykle Padilla,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Trans Union LLC, Equity Residential Management, LLC,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-01198-DJC-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

　　　Upon review of the Parties' Stipulation of Dismissal without Prejudice as to Defendant Trans Union, and good cause appearing,

　　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　　The above-entitled matter is hereby dismissed without prejudice.

　　　**IT IS SO ORDERED.**

Dated:  June 25, 2025　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE